JOHN GRISSONI, PLAINTIFF-PETITIONER, v. ROBERT STOLZENBERGER, DEFENDANT-RESPONDENT.

*Mr. Stephen Mongiello* for the petitioner.

*Mr. Samuel A. Gennet* for the respondent.

October 19, 1959. Denied.

WINNIW DUDLEY, PETITIONER-PETITIONER, v. VICTOR LYNN LINE, INC., RESPONDENT-RESPONDENT.

*Mr. Aaron Gordon* for the petitioner.

October 19, 1959. Granted.